UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL S. CUSTODIO,

    Plaintiff,

v.                                        Case No: 6:16-cv-985-Orl-40GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

This cause is before the Court on Claimant's appeal of the final decision of the Commissioner of Social Security's ("the Commissioner") denial of his application for Disability Insurance Benefits (Doc. 1) filed on June 7, 2016. The United States Magistrate Judge has submitted a report recommending that the final decision be reversed and remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 16, 2017 (Doc. 16), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **REVERSED and REMANDED** for further proceedings pursuant to sentence four of Section 405(g).

3. The Clerk is **DIRECTED** to award judgment in favor of the Claimant and to close the case.

**DONE AND ORDERED** in Orlando, Florida on June 2, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties