**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MICHAEL S. CUSTODIO,

        Plaintiff,

v.                                        Case No: 6:16-cv-985-Orl-40GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 19) filed on August 11, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that a Joint Statement in Response to the Report and Recommendation (Doc. 21) in which the parties express no objection to the Report and Recommendation was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 21, 2017 (Doc. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Uncontested Motion for Attorney's Fees (Doc. 19) is **GRANTED** to the extent that the Court awards EAJA attorneys' fees to Plaintiff in the amount of $3,703.62 and costs in the amount of $400.00.

3. The motion is otherwise **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on August 24, 2017.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties